THE CONSOLIDATED TRACTION COMPANY, PLAINTIFF IN
ERROR, v. CLARA ISLEY, DEFENDANT IN ERROR.

Whenever the question whether a pedestrian using a highway has used
ordinary care to avoid a collision with a vehicle is one about which a
difference of opinion may reasonably be entertained, the judgment of
a jury thereon must, upon error, be a finality.

On error to the Supreme Court.

For the plaintiff in error, *Abram Q. Garretson.*

For the defendant in error, *Warren Dixon.*

The opinion of the court was delivered by

GARRISON, J.   Every substantial assignment of error in
this case is disposed of by the decisions of this court in the
cases of *Newark Passenger Railway Co.* v. *Block*, 26 *Vroom*
605, and *Connelly* v. *Trenton Passenger Railway Co.*, 27 *Id.*
700.

Despite these conclusive declarations of the law with respect
to the *status* of surface roads occupying the highways, cases
continue to be tried below and to be argued before this court
as if such vehicles had some rights that were, in law, para-
mount to those of other users of the highways.   It ought not
to be necessary, in view of these adjudications, to make re-
peated announcements of the law upon this subject.   In the
case in hand the sole question was whether a person using the
street as the plaintiff was, used that degree of caution that an
ordinarily prudent pedestrian would use in view of all the
surrounding circumstances.

Inasmuch as this question was one about which a difference
of opinion might reasonably be entertained, the decision of
the jury must, upon error, be a finality, and the judgment
pronounced upon such verdict must be affirmed.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, DEPUE, DIXON, GARRISON, GUMMERE, LUDLOW, MAGIE, VAN SYCKEL, BARKALOW, BOGERT, DAYTON, HENDRICKSON, NIXON. 14.

*For reversal*—None.